1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   702 Mangrove Avenue, #304
3  Chico, CA 95926
   Telephone:      415/444-5800
4  Facsimile:      415/674-9900
   tfrankovich@disabilitieslaw.com
5
   Attorney For Plaintiffs
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | DAREN HEATHERLY and IRMA        )  **CASE NO. 3:15-cv-04691-KAW**
   | RAMIREZ,                        )
12 |                                 )
   |     Plaintiffs,                 )  **STIPULATION OF DISMISSAL AND**
13 |                                 )  **[PROPOSED] ORDER THEREON**
   | v.                              )
14 |                                 )
   | PIZZA ORGASMICA & BREWING CO;   )
15 | TMTM Inc., A California Corporation, dba )
   | PIZZA ORGASMICA & BREWING CO;   )
16 | GALE B. FISHER TRUSTEE of the GALE )
   | B. FISHER TRUST Dated April 17, 1997; )
17 | KEITH HENKE and JACQUELYN       )
   | HENKE, TRUSTEES of the HENKE    )
18 | FAMILY REVOCABLE TRUST dated    )
   | January 29, 2001; ROBERT JOHN   )
19 | PETERSEN, in trust, as TRUSTEE of the )
   | ROBERT JOHN PETERSEN TRUST      )
20 | under the JOHANNES PETERSEN and M. )
   | GWENDOLYN PETERSEN              )
21 | REVOCABLE INTER VIVOS TRUST     )
   | dated July 28, 1971 2001; ALAN MOORE )
22 | PETERSEN, IN TRUST, as TRUSTEE of )
   | the ALAN MOORE PETERSEN TRUST   )
23 | under the JOHANNES PETERSEN and M. )
   | GWENDOLYN PETERSEN              )
24 | REVOCABLE INTER VIVOS TRUST     )
   | dated July 28, 1971 2001; BARBARA )
25 | MAY SPARROW SUCCESSOR           )
   | TRUSTEE of the SPARROW FAMILY   )
26 | TRUST Dated February 21, 1989.  )
   |                                 )
27 |     Defendants.                 )
   | _____ 
28

1 | The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice  pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: September 22, 2016    THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/ Thomas E Frankovich

Attorney for Plaintiffs IRMA RAMIREZ and DAREN HEATHERLY


Dated: September 22, 2016    SARA B. ALLMAN

By: /s/ Sara B. Allman

Attorney for Defendants TMTM, INC., dba PIZZA ORGASMICA & BREWING CO.

| | | |
|---|---|---|
| 1 | Dated: September 22, 2016 | NEIL JEROME MORAN |
| 2 | | THE FREITAS LAW FIRM, LLP |
| 3 | | By: /s/ Neil Jerome Moran |
| 4 | | Attorney for Defendants GALE B. FISHER TRUSTEE of the GALE B. FISHER TRUST Dated April 17, 1997; KEITH HENKE and JACQUELYN HENKE, TRUSTEES of the HENKE FAMILY REVOCABLE TRUST dated January 29, 2001; ROBERT JOHN PETERSEN, in trust, as TRUSTEE of the ROBERT JOHN PETERSEN TRUST under the JOHANNES PETERSEN and M. GWENDOLYN PETERSEN REVOCABLE INTER VIVOS TRUST dated July 28, 1971 2001; ALAN MOORE PETERSEN, IN TRUST, as TRUSTEE of the ALAN MOORE PETERSEN TRUST under the JOHANNES PETERSEN and M. GWENDOLYN PETERSEN REVOCABLE INTER VIVOS TRUST dated July 28, 1971 2001; BARBARA MAY SPARROW SUCCESSOR TRUSTEE of the SPARROW FAMILY TRUST |

**<u>ORDER</u>**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated:  9/26/16       ,

*Kandis Westmore*
Honorable Kandis A. Westmore
United States Magistrate Judge